Form fnldec (10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8303
Baltimore, MD 21201

**Case No.:   05−42367     Chapter:   7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Scott Caruthers | Dashielle Lashra Caruthers |
| *debtor has no known aliases* | *debtor has no known aliases* |
| 5014 Mt. Carmel Rd | 5014 Mt. Carmel Rd |
| Hampstead, MD 21074 | Hampstead, MD 21074 |
| Social Security No.:   xxx−xx−2831 | xxx−xx−0570 |

Employer's Tax I.D. No.:

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above−named Debtor(s) on 10/15/05

## FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Brian A. Goldman is discharged as trustee of the estate of the above−named debtor and the bond is cancelled; and the chapter 7 case of the above named debtor is closed.

Dated: 2/10/06

*Duncan W. Keir*
U.S. Bankruptcy Judge