Form fnldec (10/05)

# UNITED STATES BANKRUPTCY COURT
## District of Maryland
Baltimore Division
101 West Lombard Street, Ste. 8303
Baltimore, MD 21201

**Case No.:  05−42367    Chapter:  7**

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Scott Caruthers | Dashielle Lashra Caruthers |
| *debtor has no known aliases* | *debtor has no known aliases* |
| 5014 Mt. Carmel Rd | 5014 Mt. Carmel Rd |
| Hampstead, MD 21074 | Hampstead, MD 21074 |
| Social Security No.:   xxx−xx−2831 | xxx−xx−0570 |
| Employer's Tax I.D. No.: | |

Petition for Relief under Chapter 7 of Title 11, U.S. Code, filed by or against the above−named Debtor(s) on 10/15/05

## FINAL DECREE

The estate of the above−named debtor(s) has been fully administered.

IT IS ORDERED THAT:

Brian A. Goldman is discharged as trustee of the estate of the above−named debtor and the bond is cancelled; and the chapter 7 case of the above named debtor is closed.

Dated: 2/10/06

*Duncan W. Keir*
U.S. Bankruptcy Judge

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

# CERTIFICATE OF SERVICE

```
District/off: 0416-1           User: dbrown              Page 1 of 1              Date Rcvd: Feb 10, 2006
Case: 05-42367                 Form ID: fnldec           Total Served: 2

The following entities were served by first class mail on Feb 12, 2006.
db          +Dashielle Lashra Caruthers,   5014 Mt. Carmel Rd,   Hampstead, MD 21074-2926
db          +Scott Caruthers,   5014 Mt. Carmel Rd,   Hampstead, MD 21074-2926
The following entities were served by electronic transmission.
NONE.                                                                                        TOTAL: 0
             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Feb 12, 2006**            Signature:   _Joseph Speetjens_